**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 25-1104

**Magistrate Case No. 09961151 (Class A)**

**UNITED STATES OF AMERICA**

**v.**

**JOHN J. IRWIN**

**COMPLAINT**
**Offense on a Federal Reservation**

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Anthony S. FrancoKopec,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **24th day of February 2025**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**JOHN J. IRWIN** did commit:

Possession of firearms an dangerous weapons on Federal facilities in violation of 18 U.S.C. 930.

The name of the Complainant is **Anthony S. FrancoKopec.**

**ANTHONY S. FRANCOKOPEC, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 5TH DAY OFJUNE 2025.**

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Apr. 23, 2025 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

On 3 April 2025 The subject admitted he bought his personal weapon to work multiple times. in violation of 18 USC 930

The foregoing statement is based upon:

- [ ] my personal observation
- [ ] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/23/2025 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 05/27/2025 15:33